**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

RAY O. STANDRIDGE                                                                                          PLAINTIFF

V.                                           4:04CV01183 JTR

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration                                                                                            DEFENDANT

### ORDER

Pending before the Court is Plaintiff's Request for Attorney Fees and Costs Under the Equal Access to Justice Act ("EAJA") (docket entry #19) and Brief in Support (docket entry #18). Defendant has filed a Response (docket entry #21). For the reasons set forth herein, the Motion will be granted in part and denied in part.

On October 8, 2004, Plaintiff filed this action challenging the decision of an Administrative Law Judge ("ALJ") denying him social security benefits (docket entry #3). On March 21, 2006, the Court entered a Memorandum and Order and Judgment (docket entries #15 and #16) remanding the case to the Administrative Law Judge pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

On June 17, 2006, Plaintiff's attorney, Ms. Laura J. McKinnon, filed a Request for Attorney Fees and Costs Under the EAJA. In this Request, Ms. McKinnon seeks payment for: (1) 24.60 hours of work performed by her at the rate of $146.00 per hour; (2) 1.50 hours of work performed by a paralegal at the rate of $50.00 per hour; and (3) reimbursement for $47.50 in expenses. Defendant states in her Response that she has no objection to Plaintiff's request for attorney's fees but objects to the reimbursement of costs because Plaintiff failed to itemize the

amounts for postage expenses and copying costs.

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $3,666.60, which includes 24.60 hours of attorney time at the rate of $146.00 per hour ($3,591.60), and 1.50 hours of paralegal time at the rate of $50.00 per hour ($75.00). However, in order for Plaintiff's attorney to recover reimbursement for expenses, pursuant to the Equal Access to Justice Act, those expenses and costs must be itemized. The Court will allow Plaintiff's counsel thirty days from the date of this Order to file a properly itemized statement to recover the $47.50 in expenses.

IT IS THEREFORE ORDERED that Plaintiff's Request for Attorney Fees and Costs Under the EAJA (docket entry #19) is hereby GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Ms. Laura J. McKinnon, attorney for Plaintiff, $3,666.60, which has been awarded as attorney's fees pursuant to the EAJA.

DATED this 21st day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE